Mary S. Thompson *vs.* Hyatt S. Haselton, Impleaded, etc.

July 11, 1885.

Appeal—Order upon Default.—An order of the district court granted pursuant to rule 10, upon default to appear in response to an order to show cause, will not be reviewed, and the merits considered, upon appeal from such order.

Appeal by plaintiff from an order of the district court for Swift county, *Brown*, J., presiding, setting aside a service by publication of the summons in this action upon defendant Haselton. The order was made upon the failure of plaintiff to appear upon the return-day of an order to show cause why such service should not be set aside.

*William S. Moore*, for appellant.

*S. H. Hudson*, for respondent.

DICKINSON, J. The order appealed from was made upon an order to show cause why the relief therein specified should not be granted. Upon proof of due service of the order to show cause, there being no appearance in response thereto, the order sought was granted of course, pursuant to rule 10 of the district court, without a consideration of the merits of the application. An order so granted will not be reviewed, and the merits considered, upon an appeal therefrom to this court. The party aggrieved should seek in the district court relief from his default, and a hearing upon the merits. *Dols* v. *Baumhoefer*, 28 Minn. 387.

Order affirmed.